THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICH KNAUER, ) | |
| ) | Case No. CV05-0060C |
| Plaintiff, ) | |
| ) | AT LAW AND IN ADMIRALTY |
| vs. ) | |
| ) | |
| SEA FISHER LLC; NEIL ANDERSON; ) | MOTION TO WITHDRAW |
| NEIL ANDERSON, INC, and At SEA ) | AS PLAINTIFF'S COUNSEL |
| MANAGEMENT; *in personam* and ) | |
| F/V SEA FISHER, Official No. 296512 ) | |
| *in rem*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    This matter comes on before the Court upon the motion of Plaintiff's attorneys, James M. Beard and Beard Stacey Trueb & Jacobsen, LLP ( Plaintiff's attorney[s]) . Pursuant to pursuant to LR GR 2 (f), Plaintiff's attorney moves for an order allowing him and his firm to withdraw as counsel for Plaintiff, Erich Knauer.  The Court has reviewed the files and records herein, including but not limited to the affirmation of James M. Beard, and

HEREBY ORDERS AS FOLLOWS:

1. Good cause has been shown for Plaintiff's attorneys to withdraw in this matter. Plaintiff, Erich Knauer contacted his attorneys in this matter on the eve of the three years statute of limitations. Plaintiff has not contacted his attorneys since requesting them to file this lawsuit. Plaintiff has not provided his attorneys with current addresses and telephone numbers whereby they could contact him. His attorney's attempts to contact him under available addresses and telephone numbers have been to no avail. Under the circumstances it is appropriate for Mr. Knauer's current attorneys, James M. Beard and Beard Stacey Trueb & Jacobsen, LLP to move to withdraw. This withdrawal shall be effective upon the signing of this order.

2. James M. Beard is directed to serve this order via certified mail on the last known addresses for Mr. Knauer:

| | |
|---|---|
| 1685 Mountain Road | 1190 Big fork Stage Rd. |
| Kallispell Montana 59901 | Bigfork, MT. 59911 |

3. Mr. Knauer is directed to obtain new counsel or otherwise notify the Court of his current address and telephone number within 90 days of entry of this order.

4. Defense counsel is to serve all other pleadings in this matter upon Mr.

Motion To Withdraw As Plaintiff's Counsel: Page-2

Knauer pro se at the addresses set forth n paragraph two above.

Dated this 15th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE