THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICH KNAUER,<br><br>             Plaintiff,<br><br>v.<br><br>SEA FISHER LLC; NEIL ANDERSON; NEIL ANDERSON, INC. and AT SEA MANAGEMENT; *in personam* and<br>F/V SEA FISHER, Official No. 296512 *in rem*,<br><br>             Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. CV5-0060C<br><br>ORDER TO COMPEL PLAINTIFF IN DISCOVERY AND FOR PLAINTIFF TO SHOW CAUSE |

This Court, having considered the defendants' motion to compel and the remaining record hereby ORDERS as follows:

    1. Defendants' Motion to Compel and for Order to Show Cause is GRANTED.

    2. Plaintiff, Erich Knauer, is compelled to provide Defendants with initial disclosures as required by CR 26 and to answer all interrogatories and requests for production issued to Mr. Knauer under CR 33 and 34.

3.  Plaintiff is directed to contact Defendants immediately for the purposes of scheduling his deposition.

4.  Plaintiff is ordered to file a written document, with a copy to defense counsel, indicating why this matter should not be dismissed with prejudice including:

   a. Whether he intends to prosecute this matter;
   b. Whether he intends to identify new counsel;
   c. His address and phone number where he can be reliably contacted for purposes of litigation in this matter;
   d. The date upon which Plaintiff can provide answers to Defendants' written discovery requests; and

Plaintiff shall comply with this order on or before fifteen (15) days following the date this order is issued.  Plaintiff is admonished that failure to respond may result in dismissal of his lawsuit with prejudice.

The clerk shall direct copies of this order to all counsel of record, and to Plaintiff at his last known addresses.

DATED:  December 15, 2005.

_____
Honorable John C. Coughenour
United States District Court Judge

ORDER TO COMPEL
PLAINTIFF IN DISCOVERY AND
FOR PLAINTIFF TO SHOW CAUSE - 2
Case No. CV5-0060C

Presented by:

HOLMES WEDDLE & BARCOTT

_____/s/_____
Phillip W. Sanford, WSBA #18593
Attorney for Defendants
999 Third Avenue, Suite 2600
Seattle, WA 98104
(206) 292-8008

ORDER TO COMPEL
PLAINTIFF IN DISCOVERY AND
FOR PLAINTIFF TO SHOW CAUSE - 3
Case No. CV5-0060C